UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Rodrick Gant,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Kendall Beckley and Andrew Ogrady,<br><br>　　　　　Defendants. | Case No. 2:25-cv-01108-ART-DJA<br><br>**Order** |

On June 20, 2025, Plaintiff filed initiating documents with the Court. (ECF No. 1). However, Plaintiff has failed to pay the filing fee or submit an application/motion to proceed *in forma pauperis* (which means proceeding without paying the filing fee). Although Plaintiff initiated this action by filing documents, he must apply to proceed *in forma pauperis* in order to proceed with this civil action without prepaying the full $405 filing fee. The Court will grant Plaintiff one opportunity to file such an application within 30 days. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $405 on or before **July 24, 2025,** to proceed with this case.

**IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly directed to send Plaintiff a copy of this order and the Court's application to proceed *in forma pauperis* for an inmate as well as its instructions.[1]

**IT IS FURTHER ORDERED** that on or before **July 24, 2025,** Plaintiff will either pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55

---

[1] This form can be found online at https://www.nvd.uscourts.gov/court-information/forms/ under Code IFP.

administrative fee) or file with the Court a completed application to proceed *in forma pauperis* on this Court's approved form.

**IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $405 filing fee for a civil action on or before **July 24, 2025**, the Court will recommend dismissal of this action.

DATED: June 24, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE