UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RODRICK GANT,

                        Plaintiff,

   v.

KENDALL BECKLEY, *et al.*,

                    Defendants.

Case No. 2:25-cv-1108-ART-DJA

ORDER ADOPTING REPORT AND RECOMMENDATION

(ECF No. 6)

Plaintiff Rodrick Gant complains of alleged wrongs inflicted in connection with an arrest. Before the Court is Magistrate Judge Daniel Albregts's report and recommendation (R&R), which recommends that Plaintiff's complaint be dismissed without prejudice and with leave to amend certain claims. (ECF No. 6.)

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where, as here, neither party objects to a magistrate judge's recommendation, the district court is not required to perform any review of that judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Judge Albregts recommends dismissing Plaintiff's claims of false arrest, illegal search and seizure, and *Miranda* violations without prejudice and without leave to amend, giving Plaintiff an opportunity to raise those claims in a future federal case after his state criminal case has concluded. (ECF No. 6.) He also recommends dismissing Plaintiff's excessive force claims without prejudice and with leave to amend. (*Id.*)

Mr. Gant has not objected to Judge Albregts's R&R, and his time to do so has now expired. The Court agrees with Judge Albregts's reasoning and adopts his R&R in full.

**Conclusion**

It is therefore ordered that Judge Albregts's report and recommendation (ECF No. 6) is ADOPTED IN FULL.

The Clerk of Court is kindly directed to FILE Plaintiff's complaint. (ECF No. 1-1.)

It is furthermore ordered that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. His claims of false arrest, illegal search and seizure, and Miranda claims are dismissed without prejudice and WITHOUT LEAVE TO AMEND. Plaintiff's excessive force claim is dismissed without prejudice and WITH LEAVE TO AMEND.

Plaintiff shall have 30 DAYS from the date of this order to file an amended complaint curing the deficiencies in his excessive force noted in Judge Albregts's Report and Recommendation. The amended complaint must be complete in and of itself without referring or incorporating by reference any previous complaint. Any allegations, parties, or requests for relief from a prior complaint that are not carried forwarded in the amended complaint will no longer be before the court. Plaintiff shall check the box for the first amended complaint on the court's form civil rights complaint. If Plaintiff fails to file an amended complaint within the 30 days, this action may be dismissed.

The Clerk of Court is kindly directed to SEND Plaintiff a copy of the Report and Recommendation. (ECF No. 6.)

The Clerk of Court is kindly directed to SEND Plaintiff the instructions for filing a civil rights complaint by an incarcerated individual and form civil rights complaint by an inmate.

2

Dated this 12th day of February, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE